No. 11–8919. CASTEEL *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 11–8922. CISNEROS-RESENDIZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–8926. WHEELER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–343. SEGAL *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–842. CITY OF NEW YORK, NEW YORK *v.* MULLINS ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 11–852. CITY OF HUGO, OKLAHOMA, ET AL. *v.* BUCHANAN ET AL. C. A. 10th Cir. Motion of Tarrant Regional Water District for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 11–857. MASLOW ET AL. *v.* BOARD OF ELECTIONS IN THE CITY OF NEW YORK. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 11–974. HOLIDAY INN FRANCHISING, INC., NKA HOLIDAY HOSPITALITY FRANCHISING, INC. *v.* HOTEL ASSOCIATES, INC. Ct. App. Ark. Motion of International Franchise Association for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 11–976. MAKAS *v.* MIRAGLIA ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 11–1003. REYES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER and JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–7603. MITCHELL *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.